JOHN W. HUBER, United States Attorney (#7226)
ANDREA T. MARTINEZ, Assistant United States Attorney (#9313)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682



SEALED

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BENJAMIN DEPUTY BROWN,<br><br>Defendant. | INDICTMENT<br><br>VIOLATIONS:<br><br>Count I<br>18 U.S.C. § 2252A(a)(2) and (b)(1),<br>Distribution of Child Pornography;<br><br>Count II<br>18 U.S.C. § 2252A(a)(5)(B) and (b)(2),<br>Possession of Child Pornography.<br><br>Case: 2:17-cr-00131<br>Assigned To : Kimball, Dale A.<br>Assign. Date : 3/1/2017<br>Description: USA v. |

The Grand Jury Charges:

## COUNT I
18 U.S.C. § 2252A(a)(2) and (b)(1)
(Distribution of Child Pornography)

On or about September 27, 2016, in the Central Division of the District of Utah

and elsewhere,

BENJAMIN DEPUTY BROWN,

defendant herein, did knowingly distribute any child pornography, as defined in 18

U.S.C. § 2256(8) that had been shipped and transported in and affecting interstate and

foreign commerce by any means, including by computer, and attempted to do so; all in

violation of 18 U.S.C. § 2252A(a)(2) and (b)(1).

## COUNT II
18 U.S.C. § 2252A(a)(5)(B) and (b)(2)
(Possession of Child Pornography)

Beginning on a date unknown and continuing through December 21, 2016, in the

Central Division of the District of Utah and elsewhere,

BENJAMIN DEPUTY BROWN,

defendant herein, did knowingly possess any material which contains an image of child

pornography, as defined in 18 U.S.C. § 2256(8), that had been mailed, shipped, and

transported in interstate and foreign commerce by any means, including by computer, and

which images were produced using materials that had been mailed, shipped and

transported in and affecting interstate and foreign commerce, including by computer, and

attempted to do so; all in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2).

NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

Pursuant to 18 U.S.C. § 2253, upon conviction of a violation of 18 U.S.C. § 2252A,

as alleged in Counts I and II of this Indictment, the above-named defendant shall forfeit to

the United States, (i) any visual depiction described in 2251, 2251A, or 2252, 2252A,

2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other

matter which contains any such visual depiction, which was produced, transported, mailed,

shipped, or received in violation of this chapter; (ii) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (iii) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

- My Passport external hard drive, Serial no. WX31AA2C0675

- IBM Think Pad laptop computer, Serial no. PB-3YHLA

- Maxtor external hard drive, Serial no. Y63422AE

- IBM ThinkPad, Serial no. PB-38VPZ

- IBM ThinkPad, Serial no. PB-EXRR7

- AT&T ZTE tablet, Serial no. 326E660300FD

If any of the property described above, as a result of any act or omission of the defendant:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant

to 21 U.S.C. §853(p), as incorporated by 18 U.S.C.§2253(b) and 28 U.S.C. §2461(c).

A TRUE BILL:


_____

FOREPERSON OF THE GRAND JURY


JOHN W. HUBER
United States Attorney


_____
ANDREA T. MARTINEZ
Assistant United States Attorney